# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEZERAH KOLP JORDAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CA 19-0280-CG-MU-C |
| | ) | |
| **BP EXPLORATION &** | ) | |
| **PRODUCTION, INC., et al.,** | ) | |
| | ) | |
| Defendants | ) | |

## FINAL JUDGMENT

In accordance with the Order entered this date granting the Defendants' motion for summary judgment, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Defendants and against Plaintiff, Dezerah Kolp Jordan. It is, therefore, **ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED with prejudice**. Costs are to be taxed against Plaintiff.

**DONE** and **ORDERED** this the 3rd day of February, 2020.

                                      s/ Callie V. S. Granade
                                      SENIOR UNITED STATES DISTRICT JUDGE